CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS ORLINA,<br><br>            Plaintiff,<br><br>vs.<br><br>THE WELLS FARGO & COMPANY SHORT-TERM DISABILITY PLAN,<br><br>            Defendant. | Case No: 2:15-cv-3634-CAS-MRW<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br><br>Complaint Filed: May 14, 2015 |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May  4 , 2016

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE